1  Babak Hashemi, Esq. (State Bar No. 263494)
2  **LAW OFFICES OF BABAK HASHEMI, ESQ**
3  20062 SW Birch Street, Ste. 200
   Newport Beach, CA 92660
4  Tel: (949) 464-8529
   Fax: (949) 259-4548
5  BabakHashemiLaw@gmail.com

6  Attorneys for Plaintiff: PATRICIA FILARDI
7

8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA FILARDI, an individual,<br>    Plaintiff,<br>v.<br>DUCKETT-WILSON DEVELOPMENT COMPANY; a California corporation; ALTA LOMA CENTER; a business entity of unknown form; and DOES 1-10, inclusive,<br>    Defendants. | Case No.: **5:20-cv-00860-CJC-KK**<br><br>Hon. Cormac J. Carney<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  April 22, 2020<br>Trial Date:  None Set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, PATRICIA FILARDI and Defendants D-W-B Development Company (sued as "Alta Loma Center"), and Duckett-Wilson Development Company (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Parties respectfully request this Court stay all pending matters for 30-days inorder to allow the parties to consummate the settlement.

NOTICE OF SETTLEMENT
1

Dated: August 20, 2020    **LAW OFFICES OF BABAK HASHEMI, ESQ.**

By:   */s/ Babak Hashemi* _____
      Babak Hashemi, Esq.
      Attorneys for Plaintiff

NOTICE OF SETTLEMENT

2

# CERTIFICATE OF SERVICE

*PATRICIA FILARDI v. DUCKETT-WILSON DEVELOPMENT COMPANY, ET AL.*

**U.S.D.C. Case No. 20-CV-00860-CJC-KK**

I hereby certify that on August 20, 2020, copies of the foregoing **Notice of Settlement** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: __*/s/* Babak Hashemi__