Babak Hashemi, Esq. (State Bar No. 263494)
**THE LAW OFFICES OF BABAK HASHEMI, ESQ.**
20062 SW Birch St., Suite 200
Newport Beach, CA 92660
Tel: (949) 464-8529
Fax: (949) 259-4548
Email: BabakHashemiLaw@gmail.com
Attorneys for PATRICIA FILARDI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA FILARDI, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>DUCKETT-WILSON DEVELOPMENT COMPANY; a California corporation; ALTA LOMA CENTER; a business entity of unknown form; and DOES 1-10, inclusive,<br>    Defendants. | **Case No. 5:20-cv-00860-CJC-KK**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)A(ii)** |

IT IS HEREBY STIPULATED by and between the Parties, through their designated counsel, that:

1.    The Parties have reached a settlement that includes a confidentiality provision;

2.    The Complaint and action asserted by Plaintiff will be dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

3.    The Parties will bear their own respective costs and attorneys' fees.

Dated: September 22, 2020          **LAW OFFICES OF BABAK HASHEMI, ESQ.**

By: /s/ *Babak Hashemi*
Babak Hashemi, Esq.
Attorney for Plaintiff

-1-

Dated: September 22, 2020          **SHORELINE, A Law Corporation**

By:    /s/ RICHARD G. STOLL

RICHARD G. STOLL, a Member of
SHORELINE, A Law Corporation,
Attorneys for Defendant D-W-B
DEVELOPMENT COMPANY and
DUCKETT-WILSON
DEVELOPMENT COMPANY

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  September 24, 2020          **LAW OFFICES OF BABAK HASHEMI, ESQ.**

By: */s/ Babak Hashemi*
Babak Hashemi

-2-