FILED
CLERK, U.S. DISTRICT COURT
9/30/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA FILARDI, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>DUCKETT-WILSON DEVELOPMENT COMPANY; a California corporation; ALTA LOMA CENTER; a business entity of unknown form; and DOES 1-10, inclusive,<br><br>    Defendants. | **Case No.: 5:20-cv-00860-CJC-KK**<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE (DKT. 22)** |

Having considered the Parties' stipulation, and good cause shown, IT IS HEREBY ORDERED: that this case is Dismissed with prejudice. Each party to bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: September 30, 2020

_____
HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE